46

707 A.2d 150

STATE OF NEW JERSEY v. GHASSAN A. FAKHREDDIN.

February 11, 1998.

Petition for certification is granted, the judgment of the Appellate Division is summarily reversed, and the matter is remanded to the trial court for resentencing, which is to include an appropriate balancing of the aggravating and mitigating factors as a part of the court's statement of reasons. *State v. Yarbough,* 100 *N.J.* 627, 498 *A.*2d 1239 (1985); *State v. Ghertler,* 114 *N.J.* 383, 555 *A.*2d 553 (1989).

707 A.2d 150

AWACS, INC., T/A COMCAST METROPHONE v. CLEMENTON ZONING BOARD OF ADJUSTMENT.

February 11, 1998.

Petition for certification is granted and summarily remanded to the Appellate Division to reconsider in the light of *Smart SMR of New York v. Borough of Fair Lawn Board of Adjustment,* 152 *N.J.* 309, 704 *A.*2d 1271 (1998).

707 A.2d 150

STATE OF NEW JERSEY v. TONYA BREWER.

February 25, 1998.

Petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in the light of *State v. Brimage,* 153 *N.J.* 1, 706 *A.*2d 1096 (1998).